AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Patriot Industrial, LLC,<br>*Plaintiff*<br>v.<br>Patriot Partners, LLC; Patriot Solutions, LLC; Group of Patriots, LLC; Patriot Automation, LLC; ASAG SC, LLC; RBO Holdings, LLC; Robert A. Merritt; Gregory S. Hughes; Charles K. Stewart,<br>*Defendant*<br><br>Patriot Partners, LLC; Patriot Solutions, LLC; Group of Patriots, LLC; Patriot Automation, LLC; ASAG SC, LLC; RBO Holdings, LLC; Robert A. Merritt; Gregory S. Hughes; Charles K. Stewart,<br>*Third Party Plaintiffs*<br>v.<br>HKA Enterprises, LLC; HKA Enterprise Holdings, LLC; HKA Enterprises Group, Inc.;<br>*Third Party Defendants* | Civil Action No.   8:18-cv-01396-JD |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: Defendant Patriot-Seller's motion to dismiss for lack of jurisdiction is granted, all previous orders are vacated, and Plaintiff's complaint is dismissed.

This action was *(check one)*:

■ decided by the Honorable Joseph Dawson, III.

Date:   December 6, 2022                                            *ROBIN L. BLUME, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*